IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSHUA EUGENE
BRIGHTMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2903

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Jeffrey E. Lewis, General Counsel, and Melissa J. Ford, Assistant Regional
Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel Region
One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Robert Charles Lee, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.